Page No: 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 24-12395 | Trustee Name: | Sonya S. Slott |
|---|---|---|---|
| Case Name: | POMPANO PROPERTY SOLUTIONS, LLC | Date Filed (f) or Converted (c): | 03/13/2024 (f) |
| For the Period Ending: | 09/30/2024 | §341(a) Meeting Date: | 04/18/2024 |
| | | Claims Bar Date: | 07/23/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Bank of America Business Advantage Fundamentals Acct. x2152 | $0.00 | $2,395.03 | | $0.00 | FA |
| Asset Notes:   per ECF 26 | | | | | |
| 2  Notice of Commencement for ReRoofing: General Improvement for 5311 NE 10 Ave., Deerfield Bch, FL 33064 | Unknown | Unknown | OA | $0.00 | FA |
| Asset Notes:   per ECF 26 | | | | | |
| 3  Roofing materials for reroofing. "ABC Roofing Materials" | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:   per ECF 26 | | | | | |
| 4  2022 Isuzu NPR HD Dump Truck 5000 miles VIN 54DC4J1D1NS203012 | $79,500.00 | $3,500.00 | OA | $0.00 | FA |
| Asset Notes:   per ECF 26  abandoned per ECF 39 5/7/2024 | | | | | |
| 5  3405 Robbins Rd. Pompano Beach, FL 33062 | $793,400.00 | $250,000.00 | | $0.00 | $250,000.00 |
| Asset Notes:   per ECF 26 | | | | | |
| 6  5311 NE 10 Ave, Deerfield Beach, FL 33064 | $287,555.00 | $100,000.00 | | $0.00 | $100,000.00 |
| Asset Notes:   per ECF 26 | | | | | |
| 7  201 NW 52 Ct. Oakland Park, FL 33309 | $309,620.00 | $40,000.00 | OA | $0.00 | FA |
| Asset Notes:   per ECF 26  abandoned per ECF 48 8/2/24 | | | | | |
| 8  Bank of America Business Advantage x4569 | $0.00 | $5,270.14 | | $0.00 | FA |
| Asset Notes:   per amended schedules ECF 29 4/18/24 | | | | | |
| 9  Adversary Proceeding - Slott v. Pro Seo 24-01328-PDR  (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| Asset Notes:   declaratory judgment for 363h release | | | | | |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset**
| | $1,470,075.00 | $401,166.17 | | $0.00 | $350,001.00 |

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 24-12395 | Trustee Name: | Sonya S. Slott |
| --- | --- | --- | --- |
| Case Name: | POMPANO PROPERTY SOLUTIONS, LLC | Date Filed (f) or Converted (c): | 03/13/2024 (f) |
| For the Period Ending: | 09/30/2024 | §341(a) Meeting Date: | 04/18/2024 |
| | | Claims Bar Date: | 07/23/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

08/07/2024    1. Trustee has hired counsel to assist with review of the business. Trustee has retained Jason Welt to market property for sale. Sale process remains ongoing. Trustee retained counsel to pursue 363h complaint to allow sale of Deerfield Beach property. Counsel continues to evaluate other section 5 claims. KC Trustee under contract for Deerfield Beach property. Motion to approve sale forthcoming. KC

2. Claims bar date: 7/23/24 gov't 9/13/24; reviewed, objections to 1-6 and 8- hold until we see what happens with sale of RE. 8/20/24 SSS

3. Tax returns by Kapila if needed

| Initial Projected Date Of Final Report (TFR): | 04/18/2026 | Current Projected Date Of Final Report (TFR): | 04/18/2026 | /s/ SONYA S. SLOTT |
| --- | --- | --- | --- | --- |
| | | | | SONYA S. SLOTT |